## A. Ten Eyck BROWN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 6187.

Circuit Court of Appeals, Fifth Circuit.

Feb. 22, 1932.

J. C. Murphy, of Atlanta, Ga., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key and Wm. Cutler Thompson, Sp. Assts. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Allin H. Pierce, Sp. Atty. Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

## PER CURIAM.

The Board of Tax Appeals held the petitioner liable for an income tax upon the amounts of compensation he received from the city of Atlanta as supervising architect for a number of public school buildings.

The facts are fully stated in the opinion of the Board, reported in 19 B. T. A. 568, and need not be repeated here. We think the case is controlled by the decision of the Supreme Court in Metcalf & Eddy v. Mitchell, 269 U. S. 514, 46 S. Ct. 172, 70 L. Ed. 384.

The petition for review is denied.

## COMMISSIONER OF INTERNAL REVENUE v. J. H. EVANS.

### No. 540.

Circuit Court of Appeals, Tenth Circuit.

Sept. 14, 1931.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Phil D. Morelock, of Kansas City, Mo., for respondent.

Before LEWIS and McDERMOTT, Circuit Judges, and SYMES, District Judge.

## PER CURIAM.

Petition for review dismissed on motion of petitioner.

## COMMISSIONER OF INTERNAL REVENUE v. B. A. GARBER.

### No. 204.

Circuit Court of Appeals, Tenth Circuit.

Nov. 27, 1931.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Hubert L. Bolen, of Oklahoma City, Okl., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

## PER CURIAM.

Petition for review dismissed, on motion of petitioner.